UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-40003-FDS |
| | ) | |
| PAUL V. BURDULIS, | ) | |
| Defendant. | ) | |

## **FINAL ORDER OF FORFEITURE**

**SAYLOR, D.J.**

WHEREAS, on January 21, 2010, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Paul V. Burdulis (the "Defendant") with Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) (Count One);

WHEREAS, the Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C. § 2253(a), which provided notice that the United States sought the forfeiture, upon conviction of the Defendant of any offense alleged in Count One of the Indictment, of any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds the Defendant obtained as a result of the said violations; and any and all property, real or personal, used or intended to be used to commit or to promote the commission of the aforementioned violations or any property traceable to such property, including but not limited to computers and related items that law enforcement officials obtained from the Defendant's residence on May 12, 2009;

WHEREAS, the Indictment further provided that, if any of the above-described forfeitable

1

property, as a result of any act or omission by the Defendant, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States is entitled to seek forfeiture of any other property of the Defendant, up to the value of such assets, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p);

WHEREAS, on January 29, 2010, the United States filed a Bill of Particulars for Forfeiture of Assets, providing notice of specific property that the government intended to forfeit pursuant to 18 U.S.C. § 2253(a) as a result of violations of 18 U.S.C. § 2252(a)(4)(B), including but not limited to the following:

    a. one Acer Laptop with power cord, bearing serial number LXE770X0138190A22620001; and

    b. one San Disk 4GB thumb drive, bearing serial number SDCZ6-4096RB[1]

(collectively, the "Properties");

WHEREAS, on April 5, 2012, after a three-day jury trial, a jury found the Defendant guilty of Count One of the Indictment;

WHEREAS, on June 28, 2012, this Court issued a Preliminary Order of Forfeiture against the Properties, pursuant to 18 U.S.C. § 2253(a) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

---

[1] The January 29, 2010 Bill of Particulars also listed the following properties for forfeiture: one Verizon LG cellular phone with charger, nine 3½" floppy disks, one CD used for data storage, one Toshiba Laptop with Red Sox sticker on front cover, bearing serial number 38286837K, one Logitech Quickcam Camera for use with computer, one HP Ipaq Pocket PC 2003 Pro with powercord and carrying case, bearing serial number 0023-521-127-407, one Simple Tech external hard drive 320GB, bearing BOM number 96300-41001-012, one Logitech Quickcam CD, and one Toshiba Recovery Applications. *See* Docket No. 3 at 2. The United States intends to transfer the foregoing items to the Auburn Police Department as evidence and, therefore, no longer seeks the forfeiture of the items listed in this footnote.

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on July 5, 2012 and ending on August 3, 2012; and

WHEREAS, no claims of interest in the Properties have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Properties, and they are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a) and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any right, title or interest in the Properties are hereby held in default.

4. The United States Secret Service is hereby authorized to dispose of the Properties in accordance with applicable law.

F. DENNIS SAYLOR, IV
United States District Judge

Dated: 1·2·2013